# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | **ORDER** |
| THE PREMISES ASSOCIATED WITH | ) | |
| LESLIE FRAZIER, A/K/A LESLIE | ) | |
| KUDER, AND MONTE PACKINEAU | ) | Case No. 1:16-mj-186 |

Before the court is a "Motion to Seal" filed by the Government on May 26, 2016. The Government requests that this matter remain under seal, averring that disclosure of this matter would compromise an ongoing criminal investigation.

For good cause show, the court **GRANTS** the Government's motion (Docket No. 3). The matter, including the Application and Affidavit for Search Warrant, the Affidavit of FBI SA Bruce Bennett and all attachments thereto, the Search Warrant Return, and the Motion to Seal shall remain under seal until November 28, 2016

**IT IS SO ORDERED.**

Dated this 26th day of May, 2016.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court